

# STATE OF RHODE ISLAND JUDICIARY
## SUPERIOR COURT
### SUMMONS

| | Civil Action File Number<br>PC-2025-02067 |
|---|---|
| **Plaintiff**<br>Vanessa A Lenk<br>v.<br>Buckley Heating and Cooling<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Vanessa A Lenk<br>**Address of the Plaintiff's Attorney or the Plaintiff**<br>1530 Atwood Ave 19724<br>Johnston RI 02919 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>1632 Kingstown Rd<br>South Kingstown, RI 02879 |

**TO THE DEFENDANT, Buckley Heating and Cooling:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 4/21/2025. | /s/ Stephen Burke<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court



A TRUE COPY ATTEST
DEPUTY SHERIFF

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY
## SUPERIOR COURT

| Plaintiff<br>Vanessa A Lenk<br>v.<br>Buckley Heating and Cooling<br>**Defendant** | Civil Action File Number<br>PC-2025-02067 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Buckley Heating and Cooling, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☒ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person of suitable age and discretion _____
   Address of dwelling house or usual place of abode   1632 Kingstown Rd
   _____
   Age _____
   Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ With a guardian or conservator of the Defendant.
   Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
   Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY
## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____
☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

SERVICE DATE: ____/____/____   SERVICE FEE $ _____
              Month  Day  Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
Signature

State of _____
County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND
## SUPERIOR COURT

COUNTY: ☑ PROVIDENCE/BRISTOL  ☐ KENT  ☐ WASHINGTON  ☐ NEWPORT

Vanessa Lent
v.
Buckley Heating and Cooling

Case #: PC-25-02067

## COMPLAINT

Buckley Heating and Cooling has been slandering my name in the workforce since I left, in good standing, leaving a months notice in 2003, to raise my family. They made a pact with my family to keep me out of the workforce and out of my field(s). Since going back to the workforce, which took a while somehow, since I've always had a good work history, it hasn't been in my field(s), and the experience was the equivalent of corporate terrorism. I also work in a customer-service environment, so do to this and their continued interferance, impossible to find other employment in my field(s). I was a Whistleblower at Walmart, when an assistant manager took it upon herself to do this as well; get involved in a hate crime for my husband, for which I was retaliated on, while using Buckley tactics. About 1½ years ago, I applied for a position which Stephanie Benn was reported. I was in regard to Stephanie slandering me saying I was working on my resume for which she was called out on everything.

PAGE ___ of ___

RHODE ISLAND SUPERIOR COURT                                           COMPLAINT

Stephanie then tried making the excuse say I wasn't task driven, for which she was called out again and the woman stated to her that everything is task driven. I applied for a District Manager position at GEM Plumbing in MA. Jeff stated something in regards to staying home to raise my family with my husband was a career ender. I applied for an AP position with the City of East Providence and he stated this is unconstitutional, and unethical, this is a violation of civil rights. In January 2025, I sent my resume over to Regan Heating and Cooling and a man, from my neighbors house stated "I'm going to have to report you Jeff." I reported a 10 page summary along with statements made to the FBI. I submitted an electronic FOIA act letter to retrieve my file that Peter Neronha an Stacey Erickson started and I further submitted on November 27th, 2024.

I respectfully request compensation for slander, mental anguish, living depravity, experience loss, and having to retake my BA that was 90% complete in Accounting, which I had highest honors and was signed up for my Masters. I am being deliberately kept out of my field, not to mention where I would be in my career, if there was no interference with them lying and breaking the law. Negotiable low ball of $1.5 million

PAGE ____ of ____

RHODE ISLAND SUPERIOR COURT                                              COMPLAINT

## CERTIFICATION OF COMPLAINT

I, __Vanessa Lank__, do hereby certify and attest that the contents of the attached complaint, as well as any supporting documentation are to the best of my knowledge, information, and belief, to be true and accurate, and is not made for any improper purpose. I also acknowledge that it is my responsibility to ensure that a certified copy of this complaint is properly served to the defendant identified within this complaint.

_____ Signature        __4/21/25__ Date

☐ *Pro Se Litigant*

---

**NOTARY AFFIRMATION**
NOTARY SEAL

Subscribed and sworn to before me in __Superior Court__ in the County of __Providence__ in the State of Rhode Island, this __21st__ day of __April__, __2025__.

__Maureen M. Daily__   __4/21/2025__   __770700__
Notary Signature          Date            Notary ID

__MAUREEN M. DAILY__   __7/1/2026__
Notary Name            Commission Expiration

**Proof of Identity of Party to Notary:**
☐ Personally known by Notary
☑ Rhode Island Drivers License/ID: __909 2289__
☐ Other: _____

True Copy Attest
*Stephen T Burke*
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

25 APR 21  PM 12: 44
SUPERIOR COURT
FILED
CLERK'S OFFICE

PAGE ____ of ____